IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



| | |
|---|---|
| JEROMEY G. JONES, | CV 18–75–H–DLC–JTJ |
| Plaintiff, | |
| vs. | ORDER |
| MONTANA STATE PRISON, JIM SALMONSEN, and TERRIE STEFALO, | |
| Defendants. | |

United States Magistrate Judge John T. Johnston entered his Order and Findings and Recommendations in this case on May 31, 2019, recommending that Defendants Montana State Prison and the Montana State Prison Custodian be dismissed. (Doc. 20 at 6.) Jones did not file an objection and so has waived the right to de novo review of Judge Johnston's Findings and Recommendations. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

-1-

IT IS ORDERED that Judge Johnston's Order and Findings and Recommendations (Doc. 20) are ADOPTED IN FULL and Montana State Prison and the Montana State Prison Custodian are DISMISSED.

DATED this 27th day of June, 2019.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court